﻿Citation Nr: 19172660
Decision Date: 09/19/19 Archive Date: 09/18/19

DOCKET NO. 18-44 825
DATE: September 19, 2019

REMANDED

A rating higher than 30 percent for status post right knee replacement, with residuals of pain, edema and decreased range of motion, is remanded. 

A combined evaluation higher than 60 percent is remanded.

REASONS FOR REMAND

The Veteran served honorably on active duty from May 1970 to May 1994. 

This matter comes before the Board of Veterans’ Appeals (Board) from a December 2016 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO) in Los Angeles, California. 

VA treatment records pertinent to the issues on appeal were associated with the claims file after the most recent statement of the case was issued July 2018. In correspondence received in August 2019, the Veteran that his case be returned to the RO for review of the additional evidence that was submitted in his appeal. 

In addition, the Veteran’s representative, in a May 2019 Appellate Brief, requests that the Veteran be provided an updated examination to assess the current severity of his service-connected right knee disability. The representative notes that the last examination was conducted in December 2016, more than two years ago. 

These matters are REMANDED for the following action:

Schedule the Veteran for a VA examination to determine the current severity of his service-connected right knee disability. The claims file should be made available to the examiner for review in conjunction with the examination. The examiner must test the Veteran's active motion, passive motion, and pain with weight-bearing and without weight-bearing. The examiner must also attempt to elicit information regarding the severity, frequency, and duration of any flare-ups, and the degree of functional loss during flare-ups. To the extent possible, the examiner should identify any symptoms and functional impairments due to the right knee disability alone and discuss the effect of the Veteran's right knee disability on any occupational functioning and activities of daily living. If it is not possible to provide a specific measurement, or an opinion regarding flare-ups, symptoms, or functional impairment without speculation, the examiner must state whether the need to speculate is due to a deficiency in the state of general medical knowledge (no one could respond given medical science and the known facts), a deficiency in the record (additional facts are required), or the examiner (does not have the knowledge or training

 

JOHN Z. JONES

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board P. Mucklow, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.